# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT FOOTE, derivatively on behalf of MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANJAY MEHROTRA, ROBERT L. BAILEY, RICHARD M. BEYER, PATRICK J. BYRNE, LYNN A. DUGLE, STEVEN J. GOMO, MERCEDES JOHNSON, MARY PAT MCCARTHY, LAWRENCE N. MONDRY, ROBERT E. SWITZ, and MARYANN WRIGHT, <br><br> Defendants, <br><br> and <br><br> MICRON TECHNOLOGY, INC., <br><br> Nominal Defendant. | C.A. No. 21-0169-CFC |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Sanjay Mehrotra, Robert L. Bailey, Richard M. Beyer, Patrick J. Byrne, Lynn A. Dugle, Steven J. Gomo, Mercedes Johnson, Mary Pat McCarthy Lawrence N. Mondry, Robert E. Switz, and MaryAnn Wright (collectively the "Individual Defendants") and Nominal Defendant Micron Technology, Inc. ("Micron" or the "Company," and together with the Individual Defendants, the

"Defendants") hereby move to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 23.1.  The grounds for this motion are set forth in the Opening Brief in Support of Defendants' Motion to Dismiss the Verified Shareholder Derivative Complaint, filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL: | */s/ Raymond J. DiCamillo*<br>Raymond J. DiCamillo (#3188)<br>Jeffrey L. Moyer (#3309) |
| Jonathan K. Youngwood<br>Janet A. Gochman<br>Jonathan S. Kaplan<br>Melissa A. Vallejo<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>(212) 455-2000 | Dorronda R. Bordley (#6642)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Counsel for Defendants* |

Dated:  April 30, 2021